

Opinions of the United
States Court of Appeals
for the Third Circuit

3-9-2010

# USA v. Cole

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-1904

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Cole" (2010). *2010 Decisions.* Paper 1765.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1765

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-1904

———————

UNITED STATES OF AMERICA

v.

TERRANCE LARNELL COLE,

Appellant

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 04-cr-109)
District Judge: Honorable Thomas M. Hardiman

———————

Submitted Under Third Circuit LAR 34.1(a)
July 10, 2007

Before: RENDELL and AMBRO, <u>Circuit Judges</u>,
and SHAPIRO,<sup>*</sup> <u>District Judge</u>

———————

ORDER AMENDING OPINION

———————

———————

<sup>*</sup>Honorable Norma L. Shapiro, Senior Judge of the United States District Court for the
Eastern District of Pennsylvania, sitting by designation.

It is hereby **ORDERED** that the Not Precedential Opinion filed in the within matter on

August 31, 2007 is **AMENDED** as follows:

On page 6, delete the following sentence:

> There is the government's memorandum in support of its motion
> (App. 326-332) and the statements the District Court made in open
> court concerning the matter (Supp. App. 978).

and replace it with the following language:

> There is the government's memorandum in support of its motion
> (App. 326-332) and the statements the District Court made
> concerning the matter.

On page 8, delete the following sentences:

> The District Court announced in open court in his presence the
> plan to impanel the jury anonymously before voir dire began. With
> notice, Cole failed to object.

and replace it with the following language:

> The anonymous jury was selected in Cole's presence, and the
> judge's discussion of the voir dire made clear the jurors were to
> answer only by number (Tr. 8/15/05, p. 8); Cole must have realized
> what was going on and could have objected then or later as he was
> present for the discussion of an anonymous jury when Juror 197
> was excused but Juror 16 was not (Tr. 8/17/05, p. 6).

For the convenience of the parties, a final copy of the amended opinion is attached to this order.

BY THE COURT:

*/s/ Marjorie O. Rendell*

Dated: March 9, 2010